*3*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONNA JEAN MERCHANT,

    Defendant.

Case:1:20-cr-20471
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 09-30-2020 At 09:56 AM
INDI USA V. SEALED MATTER (DA)

---

## INDICTMENT

---

**The Grand Jury Charges:**

### COUNT ONE
### TAX EVASION
### (26 U.S.C. § 7201)

From approximately April 2007 and continuing through the present, in the Eastern District of Michigan and elsewhere, DONNA JEAN MERCHANT, willfully attempted to evade and defeat the payment of income taxes due and owing by her

to the United States of America for the calendar years 2007, 2008, 2009, 2010, and 2013 by committing affirmative acts of evasion, all in violation of 26 U.S.C. §7201.

**THIS IS A TRUE BILL.**

Dated: September 30, 2020

                                                  s/GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
United States Attorney


s/TIMOTHY M. TURKELSON        ANTHONY VANCE
Assistant U.S. Attorney             Assistant U.S. Attorney
101 First Street, Suite 200         Branch Offices Chief
Bay City, MI 48708
(989) 895-5712
Timothy.turkelson@usdoj.gov

Companion Case information MUST be completed by AUSA and initialed

| United States District Court<br>Eastern District of Michigan | Criminal Case Co | Case:1:20-cr-20471<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 09-30-2020 At 09:56 AM<br>INDI USA V. SEALED MATTER (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comp

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes     X No | AUSA's Initials: _T.T._ |

Case Title: USA v. Donna Jean Merchant

County where offense occurred: Cheboygan

Check One:   X Felony     ☐ Misdemeanor     ☐ Petty

    __X__ Indictment/_____ Information ---  **no** prior complaint.
    _____ Indictment/_____ Information ---  based upon prior complaint [Case number:]
    _____ Indictment/_____ Information ---  based upon LCrR57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

    ☐ Corrects errors; no additional charges or defendants.
    ☐ Involves, for plea purposes, different charges or adds counts.
    ☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
|  |  |  |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

Date: September 30, 2020

TIMOTHY TURKELSON
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: timothy.turkelson@usdoj.gov
Attorney Bar #:  P-53748

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.